Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516
fax. 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
donnanewmanlaw@aol

January 2, 2019

Admitted: N.Y. & N.J.

Via Email and ECF
The Honorable Richard J. Sullivan
United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007



Re: *United States v. Casimir Griffin,*
    11 Cr. 936 (RJS)
Dear Judge Sullivan:

    I write to update the Court regarding the status of Casimir Griffin's pending criminal case in Orange County charging Mr. Griffin with, *inter alia,* possession of a weapon and which charges form a basis, in part, for his violation of supervised release petition pending before Your Honor.

    Today, I spoke with Randy Siper, Esq., who is newly appointed to represent Mr. Griffin on his pending Orange County criminal matter which charges him with possession of a weapon. Mr. Siper just recently obtained the file from Mr. Griffin's previously appointed counsel and has met only briefly with Mr. Griffin. He confirmed that it is Mr. Griffin's intent to proceed to trial on his State case. Mr. Sniper anticipates the Court setting a February trial date but indicated due to a change in the District Attorney who will be handling the file, the trial might be delayed. Mr. Siper graciously agreed to keep me updated as to all developments in the State case. With the Court's permission, I will file another update letter no later than March 1st, hoping that prior to that date, Mr. Griffin's Orange County case will have resolved and a date for his appearance before this Court will have been scheduled.

Respectfully,
/s/
Donna R. Newman
cc: AUSA Michael Maimin via Email and ECF
    USPO Erica A. Cudina via Email
    Casimir Griffin via Frist Class Mail

IT IS HEREBY ORDERED THAT defense counsel shall update the Court as to the status of Supervisee's proceeding in state court no later than March 1, 2020.

SO ORDERED
Dated: 1/2/20
RICHARD J. SULLIVAN
U.S.D.J.

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York