UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

CASIMIR GRIFFIN,

               Supervisee.

No. 11-cr-936 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of the attached letter from Supervisee, addressed to his counsel and copying the Court. The letter is undated and was received in chambers on April 24, 2020. As Supervisee's counsel is due to update the Court on April 30, 2020 as to the status of Supervisee's state proceeding (Doc. No. 106), IT IS HEREBY ORDERED THAT the letter shall also address Supervisee's letter at that time.

    As this Court has previously ordered (Doc. No. 96), because Supervisee is represented by counsel, all future correspondence in this matter shall be submitted by counsel, unless and until Supervisee elects to forego counsel and proceed *pro se*. *See United States v. Rivernider*, 828 F.3d 91, 108 (2d Cir. 2016) ("A defendant has a right either to counsel or to proceed *pro se* . . . but has no right to 'hybrid' representation, in which he is represented by counsel from time to time, but may slip into *pro se* mode for selected presentations.").

SO ORDERED.

Dated:    April 27, 2020
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation

CASIMIR GRIFFIN #201901782
ORANGE COUNTY JAIL
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

LAW OFFICES OF
DONNA R. NEWMAN
ATTORNEY AT LAW
20 VESEY STREET, SUIT 400
NEW YORK, NEW YORK 10007

RE: UNITED STATES V. CASIMIR GRIFFIN
    11 cr. 936 (RJS)

DEAR: MS. NEWMAN,
I AM WRITING THIS LETTER TO YOU AND THE COURT IN HOPES OF THE COURTS POSSIBLY CONSIDERING ME FOR RELEASE, OR LIFTING MY HOLD FOR SUPERVISED RELEAS[E] DUE TO (COVID-19) AND SEVERAL OTHER REASONS, THA[T] I'M GOING TO ADDRESS IN MY LETTER TO BOTH YOU A[ND] THE COURT'S...
TO BEGIN I WAS ARRESTED ON APRIL 27TH 2019 ON A HIGHWAY (EXIT 10) COMING INTO NEWBURGH, NEW YORK BY U.S. MARSHALLS AFTER VIOLATING MY SUPERVISED RELEASE WHICH RESULTED FROM ME LEAVING A TREATME[NT] PROGRAM THAT I WAS MANDATED TO FOR 90 DAY'S AFTER SERVING ABOUT 69 DAY'S OR NO LESS THAN 54 DAY'S... AFTER SOMEONE BROUGHT A GUN INSIDE

THE PROGRAM, AND SOMETHINGS WERE STOLEN FROM ME... I SPOKE WITH THE DIRECTOR OF THE PROGRAM, THE ASSISTANT DIRECTOR, AND MY PROBATION OFFICER VIA A CONFERENCE CALL ABOUT THE SITUATION, MY PROBATION OFFICER TOLD ME TO STAY PUT UNTIL SHE COULD SOMEHOW ESTABLISH A COURT DATE FOR ME SO I AGREED... THE NEXT FEW DAYS PAST AND THE THREAT WAS STILL PRESENT, THE ENTIRE PROGRAM WAS PLACED ON LOCK DOWN STATUS, DUE TO THE INCIDENT WITH THE GUN BEING BROUGHT INSIDE THE PROGRAM, AND A RESIDENT BEING FOUND WITH DRUG'S & ANOTHER WIT LIQUOR, I HAD A SECOND CONFERENCE CALL WITH MY PROBATION OFFICER, BOTH DIRECTOR'S OF THE PROGRAM AND MY GRANDMOTHER WHO I BELIEVE KEPT RECORD OF THE MEETING... DURING THE MEETING I WAS GIVING A DATE TO APPEAR IN COURT, THE THREAT WAS STILL VER PRESENT INSIDE THE PROGRAM SO LATER THAT NIGHT I LE THE PROGRAM... UPON LEAVING THE PROGRAM, I BEGIN TO LOOK FOR ANOTHER PROGRAM & JOB HUNT AND I GOT LUCKY WITH BOTH, SHORTLY AFTER CAME MY COURT DATE AND UPON ARRIVING TO COURT I WAS TOLD BY MY LAWYER THAT I WAS BEING REMANDED BACK TO BROOKLYN MDC FOR LEAVING THE PROGRAM.... THERE WAS NO LIGHTS, NO OFFICER'S AND NO HEAT & AT THE TIME LARGE CROWDS OF PEOPLE WERE PROTESTING OUTSIDE THE JAIL, SO I ASK MY LAWYER TO USE HER PHONE TO MAKE A CALL & I LEFT COURT AFTER CALLING MY GRANDMOTHER.... I'VE CURRENTLY BEEN

INCARCERATED FOR NEARLY A YEAR, ONLY BEING 29 DAYS SHORT OF 1 YEAR... MY CASE IS NONE VIOLENT AND ALSO UNRELATED TO PROBATION/MY SUPERVISED RELEASE VIOLATION I QUALIFY FOR BAIL REFORM, SO ALL I'M ASKING IS THAT I BE PLACED ON MONITOR WITH MY VIOLATION HOLD LIFTED, OR CAN THE CASE MOVE FORWARD & I SERVE THE REST OF MY TIME ON HOUSE ARREST... I AM IN CRIMINAL HISTORY CATEGORY (V) WHICH HOLDS A SENTENCE OF IMPRISONMENT OF 7-13 MONTHS, AND CRIMINAL HISTORY CATEGORY (VI) HOLDS A SENTENCE OF IMPRISONMENT OF 8-14 MONTHS, IF GIVEN MY HIGH END I WOULD SERVE A MONTH OR TWO MORE... HOWEVER I STILL HAVE A DESIRE TO COMPLETE THE REMAINING TIME I HAVE TO SERVE IN THE PROGRAM ALSO... I'M BEING VERY SINCERE, I'M WAITING FOR THE RESULTS FROM THE DNA TEST TO COME BACK, WHICH I'M 1 MILLION % SURE WOULD PROVE ME INNOCENT IN MY CURRENT POSSESION CASE... I HAVE PRE-EXISTING RESPITORY CONDITIONS ALSO, I'M EXTREMELY ASTHMATIC I'M 38 YEARS OLD AND I SMOKE TABACO & UPON ENTERING PRISON/JAIL I AM OFFTEN GIVEN A ASTHMA PUMP TO HELP WITH TROUBLES WITH MY BREATHING BEFORE & AFTER THE CRISIS AND I FEAR BEING INFECTED BY THE VIRUS (COVID-19) THAT ATTACKS THE LUNGS WHICH IS THE MAIN ISSUE WITH (ASTHMA) IT'S A KNOWN FACT THAT JAILS ARE BASICALLY A BREADING GROUND FOR THIS VIRUS TO EXIST.... DUE TO THE OVER POPULATED ENVIROBMENT AND LIMITED SPACES TO

PRACTICE (SOCIAL DISTANCING). SO THE VIRUS IS EASILY TO BE CONTRACTED IN THIS SETTING AND FROM PUBLIC INFORMATION IT'S ONLY A MATTER OF TIME BEFORE IT ENDS UP HERE AT (OCJ) IM HUMBLY ASKING TO BE RELEASED TO THE CUSTODY OF MY MOTHER TO MAKE SURE IM EXEMPT FROM CONTRACTING THIS DEADLY VIRUS....

THERE'S OVER 6000 CASE'S IN ORANGE COUNTY WITH ABOUT 6 DEATHS TO THE BEST OF MY KNOWLEDGE SO IF THE COURT'S WOULD CONSIDER MY LETTER I will HIGHLY APPRECIATE.

THANK YOU

SINCERELY

Casimir Griffin

CC. ON FILE

LAW OFFICES OF
DONNA R. NEWMAN
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007