Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel.   212-229-1516   fax   212-676-7497
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

July 8, 2020

<u>Via Email and ECF</u>

The Honorable Richard J. Sullivan United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *United States v. Casimir Griffin,*
11 Cr. 936 (RJS)

> IT IS HEREBY ORDERED THAT defense counsel shall update the Court as to the status of Supervisee's proceeding in state court no later than September 8, 2020.
>
> SO ORDERED
> Dated: 7/8/20
> RICHARD J. SULLIVAN
> U.S.D.J.

Dear Judge Sullivan:

I write to update the Court regarding the status of Casimir Griffin's pending criminal case in Orange County charging Mr. Griffin with, *inter alia,* possession of a weapon. The charges in that case form a basis, in part, for his violations of supervised release petition pending before Your Honor.

Mr. Griffin's state appointed counsel, Randy Siper, Esq. advised that due to the COVID-19 pandemic, the progress of Mr. Griffin's case to trial has been delayed. The next scheduled court date is set for July 27th, 2020, although it is unclear whether that date won't be adjourned.

I suggest that a next update letter be filed with the Court on or before September 8, 2020, at which time hopefully I will be able to give the Court more information on when Mr. Griffin's state court case will be resolved.

Respectfully,
  /s/
Donna R. Newman
cc: AUSA Michael Maimin via Email and ECF
    AUSA Jaime Bagliebter via Email and ECF
    USPO Erica Cudina via Email

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York

1