Law Offices Of<br>
Donna R. Newman<br>
Attorney at Law<br>
20 Vesey Street, Suite 400<br>
New York, New York 10007<br>
tel.  212-229-1516  fax<br>
212-676-7497<br>
donnanewmanlaw@aol.com<br>
Member: N.Y. & N.J. Bar

September 8, 2020

<u>Via Email and ECF</u>

The Honorable Richard J. Sullivan United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *United States v. Casimir Griffin,*
    11 Cr. 936 (RJS)

> IT IS HEREBY ORDERED THAT defense counsel shall update the Court as to the status of Supervisee's proceeding in state court no later than October 8, 2020.
>
> SO ORDERED
> Dated: 9/9/20
> RICHARD J. SULLIVAN
> U.S.D.J.

Dear Judge Sullivan:

I write to update the Court regarding the status of Casimir Griffin's pending criminal case in Orange County charging Mr. Griffin with, *inter alia,* possession of a weapon. The charges in that case form a basis, in part, for his violations of supervised release petition pending before Your Honor.

I reached out to Mr. Griffin's state appointed counsel, Randy Siper, Esq., seeking an update on whether a trial date has been set for Mr. Griffin's. Unfortunately, I have not heard back from Mr. Siper. However, I did speak with Mr Griffin about two weeks ago and he confirmed that he would be going to trial and that he understood the trial would commence in October.  I suggest that I continue to seek confirmation from Mr. Siper as to the status of Mr. Griffin's case. I will write to the Court when I learn more, but certainly I will update the Court no later than 30 days from today or no later than October 8, 2020.

Respectfully,
   /s/
Donna R. Newman
cc: AUSA Michael Maimin via Email and ECF
    AUSA Jaime Bagliebter via Email and ECF
    USPO Erica Cudina via Email

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York