UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CASIMIR GRIFFIN,<br><br>Supervisee. | No. 11-cr-936 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On September 29, 2020, the Court received a 13-page handwritten letter from Supervisee Griffin making various assertions concerning his treatment by staff and fellow inmates at the Orange County Jail, where he is being held pending the resolution of state charges that also form the basis for the alleged violations of supervised release now before the Court in this matter.  Because Griffin is represented by counsel, and because it is unclear from the letter whether a copy has been provided to defense counsel, the Court will provide an electronic copy to attorney Donna R. Newman, counsel of record in this matter.  IT IS HEREBY ORDERED THAT, after reviewing the letter, defense counsel shall address the aforementioned letter in her next status report to the Court, which is due by October 8, 2020.

SO ORDERED.

Dated:   September 30, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation