Law Offices Of<br>
Donna R. Newman<br>
Attorney at Law<br>
20 Vesey Street, Suite 400<br>
New York, New York 10007<br>
tel. 212-229-1516  fax 212-676-7497<br>
donnanewmanlaw@aol.com<br>
Member: N.Y. & N.J. Bar

November 2, 2020

<u>Via Email and ECF</u>

The Honorable Richard J. Sullivan United
States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *United States v. Casimir Griffin,*
    11 Cr. 936 (RJS)

Dear Judge Sullivan:

      As per the Court's Order, I write to update the Court regarding the status of Casimir Griffin's pending criminal case in Orange County charging Mr. Griffin with, *inter alia,* possession of a weapon. The charges in that case form a basis, in part, for his violations of supervised release petition pending before Your Honor.

      As I previously advised, Randy Siper, Esq., Mr. Griffin's appointed attorney for his Orange County advised that pretrial motions were scheduled to be heard on October 22, 2020. It was my understanding that at that time a trial date would be set. I have been unable to communicate with Mr. Siper. I will continue my efforts to contact him and advise the Court, thereafter to advise of the trial date. In any evet, I will update the Court no later than December 2, 2020 as to the status of Mr. Griffin's state court matter.

Respectfully,
  /s/
Donna R. Newman
cc: AUSA Michael Maimin via Email and ECF
    AUSA Jaime Bagliebter via Email and ECF
    USPO Erica Cudina via Email

```
IT IS HEREBY ORDERED THAT defense counsel shall
update the Court as to the status of Supervisee's
pending state court case no later than December
2, 2020.
```

SO ORDERED
Dated: 11/3/20
RICHARD J. SULLIVAN
U.S.D.J.

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York

1