Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516  fax 212-676-7497
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

December 2, 2020

<u>Via Email and ECF</u>

The Honorable Richard J. Sullivan United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

> IT IS HEREBY ORDERED THAT defense counsel shall update the Court as to the status of Supervisee's pending state court case no later than January 20, 2021.
>
> SO ORDERED: [signature]
> 12/2/20
> RICHARD J. SULLIVAN
> U.S.C.J., Sitting by Designation

Re: *United States v. Casimir Griffin,*
    11 Cr. 936 (RJS)

Dear Judge Sullivan:

    I write to update the Court regarding the status of Casimir Griffin's pending criminal case in Orange County charging Mr. Griffin with, *inter alia,* possession of a weapon and which charges form a basis, in part, for his violation of supervised release petition pending before Your Honor.

    Today I spoke with Mr. Griffin's state court attorney, Randy Siper, Esq and was advised that a continuance of Mr. Griffin's pretrial hearing is scheduled for Tuesday next week. However, Mr. Siper indicated that in light of the uptake in Covid-19 cases in Orange County and the closing of state court in the city, he is not confident that the scheduled hearing will take place. If the hearing does proceed, another court date will be set for the Court's to announce its ruling on the pretrial motions and presumably to set a trial date. I will update the Court of the status of Mr. Griffin's state case no later than January 20, 2019.

Respectfully,
  /s/
Donna R. Newman
cc: AUSA Michael Maimin via Email and ECF
    AUSA AUSA Jaime Bagliebter via Email and ECF
    USPO Erica Cudina via Email

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York

1