Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel.  212-229-1516  fax
212-676-7497
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

January 25, 2021

<u>Via Email and ECF</u>

The Honorable Richard J. Sullivan United
States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *United States v. Casimir Griffin,*
11 Cr. 936 (RJS)

Dear Judge Sullivan:

I write to update the Court regarding the status of Casimir Griffin's pending criminal case in Orange County charging Mr. Griffin with, *inter alia,* possession of a weapon and which charges form a basis, in part, for his violation of supervised release petition pending before Your Honor.

I was informed by Mr. Griffin's state court attorney, Randy Siper, Esq., that the pretrial hearings on the pretrial motions which the defense filed were not completed due to the court's closure as a result of Covid-19 uptick in Orange County.  The hearings have been continued until February 23rd. If the hearings do proceed on that date, Mr. Siper anticipates the Court will set another court date to announce its rulings on the motions and presumably at that time will set a trial date. I propose to update the Court on or before March 25, 2012 on the status of Mr. Griffin's state case.

Respectfully,
  /s/
Donna R. Newman
cc: AUSA Michael Maimin via  email & ECF
     AUSA Jaime Bagliebter via email & ECF
     USPO Erica Cudina via Email

IT IS HEREBY ORDERED THAT defense counsel shall update the Court as to the status of Supervisee's pending state court case no later than March 25, 2021.

SO ORDERED: _____
1/25/21
RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York

1