UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>CASIMIR GRIFFIN,<br><br>                     Supervisee. | No. 11-cr-936 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

On February 28, 2021, the Court received a letter from Supervisee Griffin's counsel of record, Donna Newman, indicating that Mr. Griffin wishes to obtain new counsel to represent him in the violation of supervised release proceedings pending before the Court.  IT IS HEREBY ORDERED THAT a conference to review Defendant's motion for a change of counsel shall take place on Monday, March 22, 2021 at 9:00 a.m.  In light of the ongoing COVID-19 pandemic, IT IS FUTHER ORDERED THAT by Friday, March 12, 2021, Griffin and his counsel of record shall inform the Court in writing whether Griffin prefers to appear in person or remotely via teleconference.  If the latter, counsel shall review with Griffin the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court.  The Court will then issue further instructions concerning the requested teleconference.

SO ORDERED.

Dated:      March 1, 2021
            New York, New York

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-

CASIMIR GRIFFIN,
                      Supervisee.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

11-cr-936 (RJS)

___   Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____
            Signature of Defendant

           _____
            Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
            Signature of Defense Counsel

           _____
            Print Name

**Accepted:**    _____
                    Signature of Judge
                    Hon. Richard J. Sullivan
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation

                    Date: