UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

CASIMIR GRIFFIN,

                   Supervisee.

No. 11-cr-936 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT John F. Kaley is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Defendant Casimir Griffin in his pending violation of supervised release proceedings. Mr. Kaley shall file a notice of appearance in Case No. 11-cr-936.  IT IS FURTHER ORDERED THAT Mr. Kaley shall arrange for a psychological evaluation to determine whether Mr. Griffin is competent to proceed in this matter.  In addition, as indicated in the record during this morning's proceeding, Mr. Kaley shall submit a status letter to the Court by Monday, April 5, 2021.

SO ORDERED.

Dated:    March 22, 2021
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation