UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | |
| CASIMIR GRIFFIN, | No. 11-cr-936 (RJS) |
| Supervisee. | ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On May 10, 2021, the Court ordered an evidentiary hearing to be scheduled for June 10, 2021. In advance of that hearing, IT IS HEREBY ORDERED THAT the government shall file its witness list, exhibit list, and 3500 material by June 4, 2021. IT IS FURTHER ORDERED THAT Supervisee's counsel shall file its submission in response to the government, stating whether he intends to call any additional witnesses or introduce any other exhibits, by June 8, 2021.

SO ORDERED.

Dated:    June 2, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation