# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

June 3, 2021

**Via ECF Filing**
Hon. Richard J. Sullivan
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, New York 10007

> IT IS HEREBY ORDERED THAT the VOSR hearing scheduled for June 10 is hereby ADJOURNED to June 25, 2021, and will be held at 10 a.m. in Courtroom 15A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007. In light of this adjournment, the government shall submit the materials described in the Court's June 2 order by June 11, and the Supervisee shall submit such materials by June 18.
>
> **SO ORDERED:** _[signature]_
> **Dated:** 06/03/21    **RICHARD J. SULLIVAN**
> U.S.C.J., Sitting by Designation

Re: *United States v. Casimir*
    Docket No. 11 Cr. 936 (RJS)

Dear Judge Sullivan:

    I was appointed to represent Casimir Griffin in the above-referenced matter. A hearing on the VOSR specifications presently is scheduled for June 10, 2021. I write now with the consent of the Government to request that the hearing be adjourned to June 25, 2021 (in the morning) or June 30, 2021 (in the afternoon), which I understand are available dates and times on the Court's calendar.

    The reason for this request is that I need additional time to review the discovery provided by the Government and then to meet and review same with Mr. Griffin. I received initial disclosure from the Government on May 25, 2021 and then received additional discovery on May 28, 2021. We have had some technical difficulties accessing some of the electronic discovery and we are working our way through those issues with the Government's tech assistant.

    Thank you for the Court's consideration of the within application.

Respectfully submitted,

_[signature]_
John F. Kaley

cc: AUSA Michael Maiman and USPO Erica Cudina (via ECF filing and email)