

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 9, 2021

**BY CM/ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re: *United States v. Casimir Griffin*,
         11 Cr. 936 (RJS)

> IT IS HEREBY ORDERED THAT the request to extend the parties' respective deadlines for submission of materials listed in the Court's June 3 order is GRANTED. The government shall submit its materials by June 15, 2021, and Supervisee's counsel shall submit his materials by June 22, 2021.
>
> SO ORDERED: *[signature]*
> Dated: 06/09/21
> **RICHARD J. SULLIVAN**
> U.S.C.J., Sitting by Designation

Dear Judge Sullivan:

    The Government writes respectfully—with defendant Casimir Griffin's consent—to request that the Court extend the deadlines it imposed upon the parties. In particular, on June 3, 2021, this Court adjourned the scheduled VOSR hearing in this matter to June 25, 2021, and ordered the Government to submit its witness list, exhibit list, and 3500 material to the Court by this Friday, June 11, 2021, and Griffin to file its submission in response, stating whether he intends to call any additional witnesses or introduce any additional exhibits, by June 18, 2011. Griffin's counsel and the Government have been discussing a potential disposition that would avoid the need for an evidentiary hearing; however, Griffin's counsel has experienced delays in getting to speak with his client. Accordingly, in order to allow the parties to continue the disposition discussions, the parties respectfully request that the deadlines be extended by two business days: to Tuesday, June 15 for the Government, and to Tuesday, June 22 for Griffin. If the parties arrive at an agreed-upon disposition that obviates the need for a hearing, they will write to the Court, outlining that proposed disposition, in advance of those deadlines.

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York

Hon. Richard J. Sullivan
June 9, 2021
Page 2 of 2

      Please feel free to contact me with any questions or issues.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
        Michael D. Maimin
        Assistant United States Attorney
        (914) 993-1952

cc:    John Kaley, Esq. (by electronic mail and CM/ECF)
       United States Probation Officer Erica Cudina (by electronic mail)