# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: wwwdoarlaw.com

June 11, 2021

**Via ECF Filing**
Hon. Richard J. Sullivan
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, New York 10007

```
Defense counsel's request is granted.  IT IS HEREBY
ORDERED THAT the VOSR hearing scheduled for June
25, 2021 is ADJOURNED to July 2, 2021 at 10:00 a.m.
in Courtroom 15A at the Daniel Patrick Moynihan
Courthouse, 500 Pearl Street, New York, New York,
10007.
```

SO ORDERED: _____
Dated: 06/11/21    RICHARD J. SULLIVAN
                   U.S.C.J., Sitting by Designation

Re: *United States v. Casimir Griffin*
<u>Docket No. 11 Cr. 936 (RJS)</u>

Dear Judge Sullivan:

    I was appointed to represent Casimir Griffin in the above-referenced matter. A hearing on the VOSR specifications presently is scheduled for June 25, 2021. I write now with the consent of the Government to request that the hearing be adjourned to July 2, 2021 or July 1, 2021 (in the morning), which I understand might be available dates and times on the Court's calendar.

    The reason for this request is that the Government earlier today proposed a disposition which I need to discuss in person with Mr. Griffin. Today I will schedule an appointment to meet with Mr. Griffin at the MDC as early next week as possible. I have discussed adjourning the hearing with AUSA Maimin and, in our respectful view, it makes sense not to prepare for a hearing (the Government's date to produce hearing materials is Tuesday, June 15th) if there is the possibility of a disposition.

    Thank you for the Court's consideration of the within application.

                                                             Respectfully submitted,

                                                             John F. Kaley

cc: AUSA Michael Maiman and USPO Erica Cudina (via ECF filing and email)