

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*United States District Courthouse
300 Quarropas Street
White Plains, New York 10601*

July 12, 2021

**BY CM/ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

> IT IS HEREBY ORDERED THAT the evidentiary hearing in this matter is adjourned to July 28, 2021 at 2:00 p.m. in Courtroom 18B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding in-person in Courtroom 18B or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.
>
> **SO ORDERED:**
> **Dated:** 07/12/2021  RICHARD J. SULLIVAN
> U.S.C.J., Sitting by Designation

Re: *United States v. Casimir Griffin*, **11 Cr. 936 (RJS)**

Dear Judge Sullivan:

The Government writes respectfully—with defendant Casimir Griffin's consent—to request that the Court adjourn the scheduled VOSR hearing in this matter by one day. The hearing is currently scheduled for July 27, 2021, at 10:00 am. A scheduling conflict has arisen for that day; in light of my history with this case, I think the Court would be better served if I could attend the hearing. I spoke with Griffin's counsel, and told him the nature of the conflict, and he indicated that he consents to a short adjournment to accommodate my schedule. I have spoken with the Court's judicial assistant, and understand that the Court is available to conduct the hearing the following day, July 28, 2021, beginning at 10:00 am. Accordingly, I respectfully request that the hearing be adjourned by that one day.

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York

    Please feel free to contact me with any questions or issues.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                  United States Attorney

By:                                          
                                  Michael D. Maimin
                                  Assistant United States Attorney
                                  (914) 993-1952

cc:    John Kaley, Esq. (by electronic mail and CM/ECF)
       United States Probation Officer Erica Cudina (by electronic mail)