

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2021

**BY CM/ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:   *United States v. Casimir Griffin*,
           11 Cr. 936 (RJS)

Dear Judge Sullivan:

    Pursuant to the Court's Order dated August 6, 2021, the parties respectfully write to update the Court regarding next steps for the pending violation of supervised release proceedings in this matter. First, the defense requests an additional day for the evidentiary hearing in order to present its case. The case should take no more than two hours, and the defense anticipates calling at least one witness. As such, the parties jointly request that the second hearing day be scheduled on either August 27, 2021 or the afternoon of August 30, 2021, the former date being the parties' preference. Second, defense counsel declines to make a written submission to the Court regarding the July 28 hearing. Finally, the parties jointly request oral argument at the conclusion of the second hearing day.

    Please feel free to contact me with any questions or issues.

---

[1] Sitting by designation as a United States District Juge for the Southern District of New York

Hon. Richard J. Sullivan
August 13, 2021
Page 2 of 2

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By: _____
        Edward C. Robinson Jr.
        Michael D. Maimin
        Assistant United States Attorney
        212-637-2273

cc:    John Kaley, Esq. (by electronic mail and CM/ECF)
       United States Probation Officer Erica Cudina (by electronic mail)

```
IT IS HEREBY ORDERED that the evidentiary hearing will resume at
2:00 p.m. on August 27, 2021, at the Daniel Patrick Moynihan
Courthouse, 500 Pearl Street, New York, New York, to be followed
immediately by oral argument. IT IS FURTHER ORDERED that defense
counsel shall submit his witness and exhibit lists for the August
27 hearing by August 20, 2021.
```

SO ORDERED: _____
Dated: 08/14/21      RICHARD J. SULLIVAN
                      U.S.C.J., Sitting by Designation