UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CASIMIR GRIFFIN,

Defendant.

No. 11-cr-936 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As the Court previously ordered (Doc. No. 156), the evidentiary hearing in this matter will continue on Friday, August 27, 2021 at 2:00 p.m. in Courtroom 24B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person in Courtroom 24B or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   August 23, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
Sitting by Designation