Case 1:11-cr-00936-RJS   Document 162   Filed 09/09/21   Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2021

**By Electronic Mail and CM/ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re: *United States v. Casimir Griffin*,
          11 Cr. 936 (RJS)

> IT IS HEREBY ORDERED that the government's request for an extension of time is GRANTED. The government shall file its written submission by September 17, 2021, and defense counsel shall file a response by September 21, 2021. No further extensions will be granted absent truly exceptional circumstances.
>
> SO ORDERED:
> Dated: 09/09/21
> RICHARD J. SULLIVAN
> U.S.C.J., Sitting by Designation

Dear Judge Sullivan,

    The Government writes respectfully to request a one-week extension of time for both parties to file written submissions regarding the hearing on allegations of defendant Casimir Griffin's violations of the terms of his supervised release.

    As the Court is well-aware, the United States Probation Office alleged that Griffin violated the terms of his supervised release in eight specifications. The Court held evidentiary hearings over two days: July 28, 2021, and August 27, 2021. The evidentiary hearings included testimony and exhibits submitted by both the Government and Griffin.

    On August 27, 2021, the Court directed the Government to file a post-hearing submission by tomorrow, September 10, 2021, and Griffin to submit a letter by September 14, 2021, indicating whether he wishes to make a further written submission or proceed directly to oral argument, and proposing a schedule for said submissions/oral argument.

    The Assistant U.S. Attorney primarily responsible for the hearing is currently unavailable to complete the submission due to personal obligations. Although he will become available in the next several weeks, in order to move this case, I will prepare and file the Government's written submission before that time. As the Court is aware, I am familiar with the case and with the hearing. However, a short extension would

---

[1] Sitting by designation as a United States District Judge for the Southern District of New York

Hon. Richard J. Sullivan
September 9, 2021
Page 2 of 2

allow me to ensure that the submission is complete and as helpful to the Court as possible.

Accordingly, the Government respectfully requests that its time to file a written submission be extended to September 17, 2021, and that Griffin's time to respond be extended to September 21, 2021.

I have spoken with defense counsel, John Kaley, Esq., who consents to this request.

Please do not hesitate to contact me with any questions.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: _____
Michael D. Maimin
Assistant United States Attorney
(914) 993-1952

cc: John F. Kaley, Esq. (by electronic mail and CM/ECF)
     U.S. Probation Officer Erica Cudina (by electronic mail)