UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CASIMIR GRIFFIN,

Supervisee.

No. 11-cr-936 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

At the request of the parties, IT IS HEREBY ORDERED THAT the oral argument currently scheduled for November 1, 2021 at 10:00 a.m. is adjourned to November 10, 2021 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     October 21, 2021
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
Sitting by Designation