UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CASIMIR GRIFFIN,<br><br>Supervisee. | No. 11-cr-936 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Supervisee's sentencing will take place on December 17, 2021 at 2:00 p.m. in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 20C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    December 8, 2021
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE
                                                Sitting by Designation